UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ISHAN CREDITS, LIMITED, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO. |
| | * | |
| against | * | 3:03CV-0705 (RNC) |
| | * | |
| ESPN, INC., | * | OCTOBER 14, 2003 |
| | * | |
| Respondent. | * | |

**PETITIONER'S MOTION TO REMOVE STAY AND
ENFORCE FOREIGN ARBITRAL AWARD OF APRIL 3, 2002**

COMES NOW, the petitioner, Ishan Credits, Limited ("ICL"), and respectfully requests that this Honorable Court remove the stay entered on August 25, 2003, based on the October 7, 2003, order of the Court of Tejwinder Singh located in Chandigarh, India, which rejected ESPN's objection to execute the arbitral award of April 3, 2002, and found that award to be final, and in support thereof states the following:

1. On June 6, 2003, the respondent, ESPN filed a motion to stay this case pending the outcome of the parallel proceeding in India.

2. On July 11, 2003, ICL filed an opposition to ESPN's motion for stay.

3. On August 6, 2003, ESPN filed a reply memorandum of law in support of its motion to stay the case pending the outcome of the parallel proceedings in India.

4. By order dated August 25, 2003, this court granted ESPN's motion to stay these proceedings pending resolution of the Indian action.

5. By order dated On October 7, 20003, the Court of Tejwinder Singh in India rejected ESPN's objections to the execution of the April 3, 2002, arbitral award. (Ex. A.)

6. The Indian order states that "[t]he applicant-respondent has got a final/decree award which is binding on both the parties..." (Ex. A, ¶2.)

7. In addition, the order states "ESPN only to delay the proceedings has filed the objection application declining the application for the enforcement of execution of proceedings which are already going on in USA Court. The present proceedings are only resulting in multiplicity of the litigation as the final arbitration award along with the warrant of attachment of properties which had already been given by the Court should be executed where the properties are situated." (Id.)

8. The order further states that "the objections filed in this [Court of Tejwinder Singh] are not tenable as because similar objections have already been filed in the Court of Connecticut in America. The parallel proceedings in the given circumstances cannot be allowed to continue. Since the decree has already been transferred by the Court of J.S. Klar Addl. District Judge, Chandigarh to America by giving non-satisfaction certificate and as the award was duly notified by the Govt. of India and was sent to America through Ministry of External Affairs Govt. of India, therefore the objections, which were filed later on in this Court cannot be allowed to be continued in this Court." (Ex. A, ¶8.)

9. Based upon the Court of Tejwinder Singh's order, the parallel proceeding in India is completed and the arbitral award of April 3, 2002, is final and binding on both parties.

10. Accordingly, ICL respectfully requests that its Petition to Execute the Foreign Arbitral Award pursuant to 9 U.S.C. § 201, which was filed on filed on April 17, 2003, be granted.

11. Any further delays in enforcing the arbitral award of April 3, 2002, will cause ICL to incur additional and unnecessary expenses.

WHEREFORE, for those reasons stated herein, ICL respectfully requests this Honorable Court to grant this motion to remove the stay and execute of the arbitral award pursuant to 9 U.S.C. § 201.

Respectfully submitted,

GIBSON & BEHMAN, P.C.

By: _____
Theodore W. Heiser
Scott Behman
Sharmili P. Das
Attorneys for the Petitioner
71 Bradley Road, Suite 11
Madison, Connecticut 06443
(203) 245-6176
CT 23807

3

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed to the following on this 14th day of October 2003:

James Bicks, Esq.
Daniel Kalish, Esq.
Wiggin & Dana, LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut 06508-1832

Sharmili P. Das

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ISHAN CREDITS, LIMITED,  * <br> * <br> Petitioner,  * <br> * <br> against  * <br> * <br> ESPN, INC.,  * <br> * <br> Respondent.  * <br> * | CIVIL ACTION NO. <br><br> 3:03CV-0705 (RNC) <br><br> OCTOBER 14, 2003 |

PROPOSED ORDER

It is hereby ordered that the Petitioner's Motion to Remove Stay be allowed. It is further ordered that ICL's Petition to Execute the Foreign Arbitral Award pursuant to 9 U.S.C. § 201 be allowed.

_____

Honorable Robert Chatigny