UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ISHAN CREDITS, LIMITED, | * |
| Petitioner, | * |
| | * CIVIL ACTION NO. |
| against | * |
| | * 3:03CV-0705 (RNC) |
| ESPN, INC., | * |
| | * OCTOBER 14, 2003 |
| Respondent. | * |

**PETITIONER'S MOTION TO REMOVE STAY AND
ENFORCE FOREIGN ARBITRAL AWARD OF APRIL 3, 2002**

COMES NOW, the petitioner, Ishan Credits, Limited ("ICL"), and respectfully requests that this Honorable Court remove the stay entered on August 25, 2003, based on the October 7, 2003, order of the Court of Tejwinder Singh located in Chandigarh, India, which rejected ESPN's objection to execute the arbitral award of April 3, 2002, and found that award to be final, and in support thereof states the following:

1. On June 6, 2003, the respondent, ESPN filed a motion to stay this case pending the outcome of the parallel proceeding in India.

---

January 24, 2004.  Ishan Credits v. ESPN, 3:03cv00705 (RNC)

Re:  Petitioner's Motion to Remove Stay and Enforce Foreign Arbitral Award
     [Doc. #24]

Denied.  This action has been stayed since August 25, 2003, pending the outcome of parallel proceedings in India, which have reached the appeal stage.  Good cause has not been shown to justify lifting the stay at this time.

So ordered.

Robert N. Chatigny, U.S.D.J.