UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ISHAN CREDITS, LIMITED, : | CIVIL ACTION NO. |
| Petitioner, : | |
| : | 3:03CV-0705 (RNC) |
| v. : | |
| ESPN, INC., : | |
| : | February 13, 2004 |
| Respondent. : | |

**ESPN INC.'S SECOND STATUS REPORT CONCERNING THE PROGRESS OF THE PROCEEDINGS IN INDIA**

ESPN, Inc. ("ESPN") submits its second status report pursuant to this Court's order dated August 25, 2003. *See* Endorsement (Aug. 25, 2003).

1. On October 7, 2003, the Indian lower court, the Court of Tejwinder Singh, granted Ishan Credits Limited's ("ICL") motion to dismiss ESPN's application to set aside the ex parte arbitration award. The Indian court reasoned that the proceedings in the United States are essentially identical to those in India, and that the parties' underlying dispute would be and should be resolved by this Court.

2. Within days of the Indian court's ruling, ESPN filed an appeal to the High Court of Punjab and Haryana. The lower court committed legal error for several reasons, including (1) that it failed to understand that ESPN has a right to have the ex parte arbitration award vacated *in India* so that ICL will be unable to enforce the award in the United States, or in any other country that is a signatory to the Convention on the Recognition and Enforcement of Foreign

Arbitral Awards; and (2) that the court neglected to realize that ESPN's defenses to enforcement in the United States are distinct from, and not identical to, its grounds for vacating in India.

3. On October 16, 2003, the appellate court stayed "the operation of the [lower court's] order" pending the appeal. The appellate court scheduled a hearing date of January 22, 2004 to hear the appeal.

4. On January 19, 2004, ICL filed a motion to vacate the Indian appellate court's stay order. ESPN responded to this latest motion on January 21, 2004. On January 22, 2004, the date of the hearing, counsel for ICL sought to postpone the hearing. The appellate court granted ICL's request, and set a new hearing date of February 3, 2004.

5. On February 3, 2004, ICL requested yet another postponement, stating that ICL's principal lawyer on the case was unavailable. The court then set a new hearing date of March 9, 2004 to hear ESPN's appeal and ICL's motion to lift the stay.

Respectfully submitted,

DEFENDANT ESPN, INC.

By: _____
James Bicks (ct 04729)
Daniel Kalish (ct 24350)
Wiggin & Dana LLP
One Century Tower
265 Church Street
New Haven, CT 06508-1832
(203) 498-4400 telephone
(203) 782-2889 facsimile
jbicks@wiggin.com
dkalish@wiggin.com

2

## CERTIFICATION OF SERVICE

This is to certify that on this 13th day of February, 2004 a copy of the foregoing was mailed, first class, postage prepaid, to the following:

Bradford J. Sullivan, Esq.
William P. Antonoff, Esq.
Gibson & Behman, P.C.
71 Bradley Road, Suite 11
Madison, CT 06443

Scott R. Behman, Esq.
Sharmili P. Das, Esq.
Gibson & Behman, P.C.
One Mountain Rd.
Burlington, MA 01803

_____
Daniel Kalish

\8764\71\82919.1