UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUN -1 A 11: 59

U.S. DISTRICT COURT
HARTFORD, CT.

ISHAN CREDITS, LIMITED,        :    CIVIL ACTION NO.
              Petitioner,      :
                               :    3:03CV-0705 (RNC)
       v.                      :
                               :
ESPN, INC.,                    :
                               :    May 28, 2004
              Respondent.      :

## ESPN INC.'S THIRD STATUS REPORT CONCERNING THE PROGRESS OF THE PROCEEDINGS IN INDIA

ESPN, Inc. ("ESPN") submits its third status report pursuant to this Court's order dated August 25, 2003. *See* Endorsement (Aug. 25, 2003).

1. On October 7, 2003, the Indian lower court, the Court of Tejwinder Singh, granted Ishan Credits Limited's ("ICL") motion to dismiss ESPN's application to set aside the ex parte arbitration award. The Indian court reasoned that the proceedings in the United States are essentially identical to those in India, and that the parties' underlying dispute would be and should be resolved by this Court.

2. Within days of the Indian court's ruling, ESPN filed an appeal to the High Court of Punjab and Haryana. The lower court committed legal error for several reasons, including (1) that it failed to understand that ESPN has a right to have the ex parte arbitration award vacated *in India* so that ICL will be unable to enforce the award in the United States, or in any other country that is a signatory to the Convention on the Recognition and Enforcement of Foreign

Arbitral Awards; and (2) that the court neglected to realize that ESPN's defenses to enforcement in the United States are distinct from, and not identical to, its grounds for vacating in India.

3.  On October 16, 2003, the appellate court stayed "the operation of the [lower court's] order" pending the appeal.

4.  At ICL's request, the hearing date on ESPN's appeal has been adjourned several times. ESPN's appeal was scheduled to be heard on May 27, 2004. A few days before the hearing, ICL requested yet another adjournment, which the court granted. ESPN's appeal is now scheduled to be heard on July 24, 2004.

Respectfully submitted,

DEFENDANT ESPN, INC.

By: _____
James Bicks (ct 04729)
Wiggin & Dana LLP
One Century Tower
265 Church Street
New Haven, CT 06508-1832
(203) 498-4400 telephone
(203) 782-2889 facsimile
jbicks@wiggin.com

2

## CERTIFICATION OF SERVICE

This is to certify that on this 28th day of May, 2004 a copy of the foregoing was mailed, first class, postage prepaid, to the following:

Bradford J. Sullivan, Esq.
William P. Antonoff, Esq.
Gibson & Behman, P.C.
71 Bradley Road, Suite 11
Madison, CT 06443

Scott R. Behman, Esq.
Sharmili P. Das, Esq.
Gibson & Behman, P.C.
One Mountain Rd.
Burlington, MA 01803

James Bicks

\8764\71\82919.1