UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ISHAN CREDITS LIMITED, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:03CV705(RNC) |
| ESPN, INC., | : |
| Defendant. | : |

### ORDER

On August 25, 2003, this Court granted defendant's motion to stay this case pending the outcome of the matter pending in India. This court also ordered the movant (ESPN, Inc.) to file status reports every 90 days. No status report has been filed since June 1, 2004. Therefore, it is hereby ordered that defendant file and serve the report on or before May 22, 2006.

So ordered.

Dated at Hartford, Connecticut this 1st day of May 2006.

Robert N. Chatigny
United States District Judge