UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ISHAN CREDITS, LIMITED, | CIVIL ACTION NO. |
| Petitioner, | |
| | 3:03CV-0705 (RNC) |
| v. | |
| ESPN, INC., | |
| | May 22, 2006 |
| Respondent. | |

**ESPN INC.'S STATUS REPORT
CONCERNING THE PROGRESS OF THE PROCEEDINGS IN INDIA**

ESPN, Inc. ("ESPN") submits this status report pursuant to the Court's orders dated May 1, 2006 and August 25, 2003.

1. On October 7, 2003, the Indian lower court, the Court of Tejwinder Singh, granted Ishan Credits Limited's ("ICL") motion to dismiss ESPN's application to set aside the ex parte arbitration award. The Indian court reasoned that the proceedings in the United States are essentially identical to those in India, and that the parties' underlying dispute would be and should be resolved by this Court.

2. Within days of the Indian court's ruling, ESPN filed an appeal to the High Court of Punjab and Haryana. The lower court committed legal error for several reasons, including (1) that it failed to understand that ESPN has a right to have the ex parte arbitration award vacated *in India* so that ICL will be unable to enforce the award in the United States, or in any other country that is a signatory to the Convention on the Recognition and Enforcement of Foreign

Arbitral Awards; and (2) that the court neglected to realize that ESPN's defenses to enforcement in the United States are distinct from, and not identical to, its grounds for vacating in India.

3. On October 16, 2003, the appellate court stayed "the operation of the [lower court's] order" pending the appeal. (A copy of this order is attached as Exhibit A.)

4. Since that time, ESPN's appeal has been scheduled to be heard on at least seven (7) different dates. Ishan Credits requested -- and obtained -- an adjournment of the hearing date on at least six (6) different occasions.

5. ESPN's appeal is currently scheduled to be heard on July 28, 2006. However, because of the number of past adjournments, it is not clear whether the hearing will in fact proceed on July 28th and when the merits of ESPN's appeal will be decided. ESPN will keep the Court apprised of any new developments on the appeal.

Respectfully submitted,

DEFENDANT ESPN, INC.

By: James Bicks /RB

James Bicks (ct 04729)
Wiggin & Dana LLP
One Century Tower
265 Church Street
New Haven, CT 06508-1832
(203) 363-7600 telephone
(203) 363-7676 facsimile
jbicks@wiggin.com

# EXHIBIT A

— 2 —

F.A.O. No. 4210 of 2003.

-----

Present :- Mr.M.L.Sarin, Sr.Advocate with
Mr.N.Ganpathy and Mr.Rohit Khanna, Advocates,
for the petitioner.

----

     Contends inter-alia that the award in question has been wrongly considered by the learned Additional District Judge, Chandigarh, as a foreign award whereas in fact it is a domestic award.

     Notice of motion for 22.1.2004.

     Notice re; stay also. In the meanwhile, operation of the order dated 7.10.2003 is stayed.

Sd/- KIRAN ANAND LALL
(JUDGE)

16.10.2003.
vs

TRUE COPY

3

## CERTIFICATION OF SERVICE

This is to certify that on this 22nd day of May, 2006 a copy of the foregoing was mailed, first class, postage prepaid, to the following:

Bradford J. Sullivan, Esq.
William P. Antonoff, Esq.
Gibson & Behman, P.C.
71 Bradley Road, Suite 11
Madison, CT 06443

Scott R. Behman, Esq.
Sharmili P. Das, Esq.
Gibson & Behman, P.C.
One Mountain Rd.
Burlington, MA 01803

_____James Bicks/RB_____
James Bicks

\8764\71\82919.1

3