UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ISHAN CREDITS, LIMITED,  :<br><br>Petitioner,  :<br><br>v.  :<br><br>ESPN, INC.,  :<br><br>Respondent.  : | CIVIL ACTION NO.<br><br>3:03CV-0705 (RNC)<br><br>August 22, 2006 |

### ESPN INC.'S STATUS REPORT
### CONCERNING THE PROGRESS OF THE PROCEEDINGS IN INDIA

ESPN, Inc. ("ESPN") submits this status report pursuant to the Court's orders dated May 1, 2006 and August 25, 2003.

As reported in ESPN's last status report, ESPN's appeal in India was scheduled to be heard on July 28, 2006. At the request of Ishan Credits, the hearing was adjourned. It is currently scheduled to be heard on September 8, 2006.

Respectfully submitted,

DEFENDANT ESPN, INC.

By: _____
James Bicks (ct 04729)
Wiggin & Dana LLP
One Century Tower
265 Church Street
New Haven, CT 06508-1832
(203) 363-7600 telephone
(203) 363-7676 facsimile
jbicks@wiggin.com

## CERTIFICATION OF SERVICE

This is to certify that on this 22nd day of August 2006 the foregoing was served electronically via the Court's CM/ECF filing system.

>Bradford J. Sullivan, Esq.
>William P. Antonoff, Esq.
>Gibson & Behman, P.C.
>71 Bradley Road, Suite 11
>Madison, CT 06443
>
>Scott R. Behman, Esq.
>Sharmili P. Das, Esq.
>Gibson & Behman, P.C.
>One Mountain Rd.
>Burlington, MA 01803



James Bicks

\8764\71\119609.1