UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ISHAN CREDITS, LIMITED,<br><br>               Petitioner,<br><br>v.<br><br>ESPN, INC.,<br><br><br>               Respondent. | CIVIL ACTION NO.<br><br>3:03CV-0705 (RNC)<br><br><br><br>February 27, 2007 |

**ESPN INC.'S STATUS REPORT**
**CONCERNING THE PROGRESS OF THE PROCEEDINGS IN INDIA**

ESPN, Inc. ("ESPN") submits this status report pursuant to the Court's orders dated May 1, 2006 and August 25, 2003.

ESPN's appeal in India was most-recently scheduled to be heard on February 6, 2007. The hearing was adjourned, and is currently scheduled to be heard on March 9, 2007

Respectfully submitted,

DEFENDANT ESPN, INC.

By: /s/
James Bicks (ct 04729)
Wiggin & Dana LLP
One Century Tower
265 Church Street
New Haven, CT 06508-1832
(203) 363-7600 telephone
(203) 363-7676 facsimile
jbicks@wiggin.com

2

## CERTIFICATION OF SERVICE

This is to certify that on this 27th day of February 2007 the foregoing was served electronically via the Court's CM/ECF filing system.

Bradford J. Sullivan, Esq.
William P. Antonoff, Esq.
Gibson & Behman, P.C.
71 Bradley Road, Suite 11
Madison, CT 06443

Scott R. Behman, Esq.
Sharmili P. Das, Esq.
Gibson & Behman, P.C.
One Mountain Rd.
Burlington, MA 01803



James Bicks

\8764\71\127696.1