UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ISHAN CREDITS, LIMITED, | : | CIVIL ACTION NO. |
| Petitioner, | : | |
| | : | 3:03CV-0705 (RNC) |
| v. | : | |
| ESPN, INC., | : | |
| | : | May 31, 2007 |
| Respondent. | : | |

**ESPN INC.'S STATUS REPORT
CONCERNING THE PROGRESS OF THE PROCEEDINGS IN INDIA**

ESPN, Inc. ("ESPN") submits this status report pursuant to the Court's orders dated May 1, 2006 and August 25, 2003.

ESPN's appeal in India was most-recently scheduled to be heard on March 9, 2007. At the request if Ishan Credits, the hearing was adjourned. ESPN's appeal is currently scheduled to be heard on July 13, 2007

Respectfully submitted,

DEFENDANT ESPN, INC.

By: _____
James Bicks (ct 04729)
Wiggin & Dana LLP
One Century Tower
265 Church Street
New Haven, CT 06508-1832
(203) 363-7600 telephone
(203) 363-7676 facsimile
jbicks@wiggin.com

## CERTIFICATION OF SERVICE

This is to certify that on this 31st day of May 2007 the foregoing was served electronically via the Court's CM/ECF filing system.

> Bradford J. Sullivan, Esq.
> William P. Antonoff, Esq.
> Gibson & Behman, P.C.
> 71 Bradley Road, Suite 11
> Madison, CT 06443
>
> Scott R. Behman, Esq.
> Sharmili P. Das, Esq.
> Gibson & Behman, P.C.
> One Mountain Rd.
> Burlington, MA 01803



James Bicks

\8764\71\127696.1