UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ISHAN CREDITS, LIMITED, | : | CIVIL ACTION NO. |
| Petitioner, | : | |
| | : | 3:03CV-0705 (RNC) |
| v. | : | |
| ESPN, INC., | : | |
| | : | November 30, 2007 |
| Respondent. | : | |

### ESPN INC.'S STATUS REPORT
### CONCERNING THE PROGRESS OF THE PROCEEDINGS IN INDIA

ESPN, Inc. ("ESPN") submits this status report pursuant to the Court's orders dated May 1, 2006 and August 25, 2003.

ESPN's appeal in India was most-recently scheduled to be heard on November 30, 2007. Because nobody from Ishan Credits appeared at the hearing, it was adjourned until February 1, 2008.

Respectfully submitted,

DEFENDANT ESPN, INC.

By:_____
James Bicks (ct 04729)
Wiggin & Dana LLP
One Century Tower
265 Church Street
New Haven, CT 06508-1832
(203) 363-7600 telephone
(203) 363-7676 facsimile
jbicks@wiggin.com

## CERTIFICATION OF SERVICE

This is to certify that on this 30th day of November 2007 the foregoing was served electronically via the Court's CM/ECF filing system.

Bradford J. Sullivan, Esq.
William P. Antonoff, Esq.
Gibson & Behman, P.C.
71 Bradley Road, Suite 11
Madison, CT 06443

Scott R. Behman, Esq.
Sharmili P. Das, Esq.
Gibson & Behman, P.C.
One Mountain Rd.
Burlington, MA 01803

_____
James Bicks

\8764\71\139299.1