UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ISHAN CREDITS, LIMITED, | CIVIL ACTION NO. |
| Petitioner, | 3:03CV-0705 (RNC) |
| v. | |
| ESPN, INC., | March 31, 2008 |
| Respondent. | |

**ESPN INC.'S STATUS REPORT
CONCERNING THE PROGRESS OF THE PROCEEDINGS IN INDIA**

ESPN, Inc. ("ESPN") submits this status report pursuant to the Court's orders dated May 1, 2006 and August 25, 2003.

On March 14, 2008, the Court in India denied Ishan Credit's motion to dismiss ESPN's appeal. (Counsel for Ishan Credits did not appear at the hearing.) There are thus no remaining obstacles to the Court in India hearing the merits of ESPN's appeal. The Court in India has not set a date to hear ESPN's appeal.

Respectfully submitted,
DEFENDANT ESPN, INC.

By: _____
James Bicks (ct 04729)
Wiggin & Dana LLP
One Century Tower
265 Church Street
New Haven, CT 06508-1832
(203) 363-7600 telephone
(203) 363-7676 facsimile
jbicks@wiggin.com

## CERTIFICATION OF SERVICE

This is to certify that on this 31st day of March 2008 the foregoing was served electronically via the Court's CM/ECF filing system.

Bradford J. Sullivan, Esq.
William P. Antonoff, Esq.
Gibson & Behman, P.C.
71 Bradley Road, Suite 11
Madison, CT 06443

Scott R. Behman, Esq.
Sharmili P. Das, Esq.
Gibson & Behman, P.C.
One Mountain Rd.
Burlington, MA 01803

_____
James Bicks

8764\71\146600.1