UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
ISHAN CREDITS, LIMITED,           :
                                  :
     Plaintiff,                   :
                                  :
     V.                           :   CASE NO. 3:03-CV-705(RNC)
                                  :
                                  :
ESPN, INC.                        :
                                  :
     Defendant.                   :
```

ORDER OF DISMISSAL

In August 2003, this Court granted defendant's motion to stay further proceedings pending a resolution of the appeal before the Court in India, and the parties were ordered to submit status reports every 90 days. The most recent status report indicates that the Court in India has not yet scheduled a date to hear the appeal. Rather than continue this case on the Court's docket indefinitely, the case is hereby dismissed without prejudice to reopening on motion within 60 days of the date of the final decision on the appeal pending in the Court in India.

It is so ordered.

Dated at Hartford, Connecticut this _____ day of April 2008.

```
                         __/s/RNC_____
                              Robert N. Chatigny
                         United States District Judge
```